IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>MAYRA NAVARRO-SANCHEZ<br>            Defendant. | CASE NO.  1:22-MJ-00004-SKO<br><br>ORDER THAT CASH BOND AND PINK SLIP BE TRANSFERRED TO NORTHERN DISTRICT OF TEXAS |

On January 7, 2022, Defendant Mayra Navarro-Sanchez was released on conditions, including a $40,000 cash bond and a $7,000 unsecured bond with a clear title from a 2013 Honda Civic.  Defendant was also ordered to report to the United States District Court for the Northern District of Texas for further proceedings.   On January 10, 2022, a cash bond of $40,000.00 posted by Freddo Ruelas Cervantes, Mexican Passport G-28257086 and a pink slip from a 2013 Honda Civic with license plate 7AUN754 was posted by Ruelas Omar as to Mayra Navarro-Sanchez.

Given that Ms. Navarro-Sanchez's case is now pending before the Northern District of Texas, the Court orders the Clerk of the Court to transfer the $40,000 cash bond, passport and a pink slip from a 2013 Honda Civic to the Northern District of Texas.

IT IS SO ORDERED.

Dated: 1/24/2022

*Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

1